

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00792-CR

John Wayne **POLLY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 375971
The Honorable Robert Behrens, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 23, 2016.

_____
Rebeca C. Martinez, Justice